# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**RONALD EARL ALEXANDER,**            **PETITIONER**

**V.**            **NO. 4:07CV140-P-B**

**RAYMOND BYRD, et al.,**            **RESPONDENTS**

## **FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the 22nd day of October, 2007.

                                           /s/ W. Allen Pepper, Jr.
                                           W. ALLEN PEPPER, JR.
                                           UNITED STATES DISTRICT JUDGE